December 20, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

NICK GIANNONE, M.D., Appellant

NO. 14-11-00242-CV                    V.

MELINDA BURCH AND MARTIN TRAINER, AS SURVIVING CHILDREN OF MARYLYN KAY ANDREWS, DECEASED AND AS REPRESENTATIVES OF THE ESTATE OF MARYLYN KAY ANDREWS, Appellees

_____

This cause, an interlocutory appeal from the trial court's order denying appellant's, NICK GIANNONE, M.D., motion to dismiss, signed February 17, 2011, was heard on the transcript of the record. We have inspected the record and find error in the order. We therefore order the trial court's order **REVERSED** and **REMAND** the cause for proceedings in accordance with our opinion.

We order appellees, MELINDA BURCH AND MARTIN TRAINER, AS SURVIVING CHILDREN OF MARYLYN KAY ANDREWS, DECEASED AND AS REPRESENTATIVES OF THE ESTATE OF MARYLYN KAY ANDREWS, jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.